
**ORIGINAL**

*JUDGE CHIN* (stamp)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

        -v.-                        :        NOTICE OF INTENT TO
                                         FILE AN INFORMATION

KEVIN WENG,                         :

           Defendant.              **08 CRIM 569**

- - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         ~~May~~ June 9, 2008

                               MICHAEL J. GARCIA
                               United States Attorney

            By: _____
                Daniel W. Levy
                Assistant United States Attorney

                AGREED AND CONSENTED TO:

                _____
                Ian J. Redpath, Esq.
                Attorney for Defendant
                Kevin Weng

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08