UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :     WAIVER OF INDICTMENT

        -v.-               :     08 Cr. _____ (DC)

KEVIN WENG,                    :

        Defendant.         :

- - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating Title 26, United States Code, Sections 7201 and 7202, and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:  New York, New York
       June 23, 2008

                              _____
                              Kevin Weng
                              Defendant

                              _____
                              Witness

                              _____
                              Ian D. Redpath, Esq.
                              Attorney for Defendant
                              Kevin Weng

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 3 2008